UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

July 21, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
      CM
                    DEPUTY

| | | |
|---|---|---|
| OLIVIA ALARCON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 5:26-CV-02658-MA |
| | § | |
| BILLA EXPRESS, INC., AND | § | |
| SIMRANJEET SINGH, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court now considers the status of this case. On May 8, 2026, the Court issued an Order instructing all parties to notify the Court whether they consent, under 28 U.S.C. § 636(c), to Magistrate Judge jurisdiction within 30 days of the appearance of any Defendant in this action.[1] At the time of this order, the Court has received notice of consent to trial by Magistrate Judge from Plaintiff Olivia Alarcon,[2] but not from the remaining either Defendant.

Accordingly, Defendants Billa Express, Inc. and Simranjeet Singh are hereby **ORDERED** to notify the Court whether they consent to Magistrate Judge jurisdiction **within 5 days of the date this Order is entered.**

IT IS SO ORDERED.

DONE this 20th day of July, 2026, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 7.
[2] Dkt. No. 13.